## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Derrick Bass,  Case No. 3:14CV109

        Plaintiff

        v.  **JUDGMENT**

Carolyn Colvin,
  Acting Commissioner of Social Security,

        Defendant

For the reasons stated in the order filed March 23, 2015, it is hereby

ORDERED THAT:

1. The Commissioner's objection (Doc. 19) be, and the same hereby is overruled;

2. The Magistrate Judge's R&R (Doc. 18) be, and the same hereby is adopted as the order of this court; and

3. The Commissioner's decision denying Bass's application for benefits be, and the same hereby is vacated. The case is remanded for further proceedings, at which the ALJ must (a) reassess Dr. LaForrest's opinion and (b) reconsider Bass's mental residual functional capacity after giving appropriate weight to his GAF scores.

So ordered.

                                                    /s/ James G. Carr
                                                    Sr. U.S. District Judge